Elayna J. Youchah, Bar No. 583755
youchahe@jacksonlewis.com
Peter D. Navarro, Bar No. 10168
peter.navarro@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SMITH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANDALAY CORPORATION dba MANDALAY BAY RESORT AND CASINO, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:14-cv-02158-APG-VCF<br><br>**STIPULATION TO STAY ALL PROCEEDINGS**<br><br>(Second Request) |

Defendant Mandalay Corp. dba Mandalay Bay Resort and Casino ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Judith Smith ("Plaintiff"), by and through her counsel of record, Thierman Buck LLP, hereby stipulate and agree to stay all proceedings in the above captioned matter for a period of 60 days commencing on March 17, 2015 and ending on May 15, 2015 (the "Stay Period"). The parties have reached a settlement and will need additional time to finalize settlement negotiations and file with Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 17th day of March, 2015.

| THIERMAN BUCK LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joshua D. Buck | /s/ Elayna J. Youchah |
| Mark R. Thierman, Bar # 8285 | Elayna J. Youchah, Bar # 5837 |
| Joshua D. Buck, Bar # 12187 | Peter D. Navarro, Bar # 10168 |
| 7287 Lakeside Drive | 3800 Howard Hughes Parkway, Ste. 600 |
| Reno, Nevada 89511 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### **ORDER**

IT IS SO ORDERED March 25, 2015, 2015.

_____
U.S. Magistrate Judge