Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff*

Elayna J Youchah, Esq., Nev. Bar No. 5837
JACKSON LEWIS LLP
3800 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Telephone: (702) 921-2460
Fax: (702) 921-2461

*Attorney for Defendant(s)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SMITH on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORPORATION, dba Mandalay Bay Resort & Casino; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02158-APG-VCF<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Andrew Gordon presiding, on ___May 6, 2015___. This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the settlement based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and

Defendant ("Stipulation of Settlement") filed herewith. The settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Award should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibit A, and the Exclusion Form, in substantially the form attached thereto as Exhibit B. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the settlement as set forth in the Notice of Pendency of Class Action.

5. This Court directs the mailing of the Notice of Pendency of Class Action and the Exclusion Form by first class mail to the Class Members in accordance with the schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice and the Exclusion Form, as set forth in the schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class (as defined in the Stipulation of Settlement) is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Judith Smith as Class Representative and Thierman Buck, LLP as Class Counsel.

8. Because of its small size, the Court confirms that Mandalay Corp. as administrators for the class.

9. To facilitate administration of the settlement pending final approval, this Court hereby enjoins Plaintiffs and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner and the U.S. Department of Labor) regarding claims released by the settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing exclusions with the Claims Administrator has elapsed.

10. This Court orders the following **schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | _____May 18_____, 2015 [10 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notice and the Exclusion Form to Class Members | _____May 22_____, 2015 [15 calendar days after Order granting Preliminary Approval] |
| c. | Deadline for Class Members to Postmark Exclusion Forms | _____June 22_____, 2015 [30 calendar days after mailing of the Notice and Exclusion Form to Class Members] |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | _____June 22_____, 2015 [30 calendar days after mailing of the Notice and Exclusion Form to Class Members] |
| e. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | _____July 8_____, 2015 [15 calendar days before Final Approval Hearing] |
| f. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | _____July 8_____, 2015 [15 calendar days before Final Approval Hearing] |
| g. | Final Fairness Hearing and Final Approval | _____July 22_____, 2015 |

| | | | |
|---|---|---|---|
| h. | | Deadline for Defendant to deposit the Net Settlement Amount into an escrow account set up by the Claims Administrator | 5 days after the Final Fairness and Final Approval hearing |
| i. | | Deadline for Claims Administrator to mail the Settlement Awards and the Enhancement Awards, and to wire transfer the Attorneys' Fees and Costs (if Settlement is Effective) | __August 12__, 2015 [21 calendar days after Effective Date] |
| j. | | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective) | __October 22__, 2015 [90 calendar days after Effective Date] |

**IT IS SO ORDERED.**

Dated:   __May 6, 2015__

_____
Honorable Andrew P. Gordon
Judge of the United States District Court

4823-5088-8738, v. 1